

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Shannon Smith, Appellant

No. 06-23-00023-CV          v.

Jamie Lee Bourcy, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CA-2022-7805). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we vacate the trial court's judgment and dismiss the appeal.

We further order that the appellee, Jamie Lee Bourcy, pay all costs of this appeal.

RENDERED NOVEMBER 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk